# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | CASE NO: 1:21 CR 670 |
| PLAINTIFF | ] | JUDGE: CALABRESE |
| VS. | ] | |
| CESARE HOLLIS | ] | |
| DEFENDANTS | ] | |

### DEFENDANT'S MOTION TO ATTEND REMOTELY

Now come Defendant, Cesare Hollis, by and through undersigned counsel and hereby respectfully moves this Honorable Court for permission to attend Scheduling Conference scheduled for 1/19/2022 at 9:30 am remotely.

Undersigned counsel will be outside the United States of America engaged in presentation for the Case Western Reserve University School of Law. The Government has no objection to this Motion.

This Defendant respectfully moves this Honorable Court for such Permission.

Respectfully submitted,

/s/  Alek El-Kamhawy
**ALEK  EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**
**(216) 712-7037**
**alek.kamhawy@gmail.com**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Alek El-Kamhawy*
**Alek El-Kamhawy**